AO 93 (Rev. 12/09) Search and Seizure Warrant

**ORIGINAL**

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)* | )<br>)<br>) Case No.<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the    Central    District of    California   
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

See Attachment B

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before    14 days from the date of its issuance   
                                                                                                                *(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10 p.m.    ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge on duty at the time of the return through a filing with the Clerk's Office.
                       *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*  ☐ for        days *(not to exceed 30)*.
                            ☐ until, the facts justifying, the later specific date of            .

Date and time issued: 12/29/2017 at 3pm     *John E McDermott*
                                                                                                  *Judge's signature*

City and state:  Los Angeles, Calif.    John E. McDermott
                                                                                                   *Printed name and title*
                                                                        US Magistrate Judge

Case 2:17-mj-03255-DUTY *SEALED*   Document 1-1 *SEALED*   Filed 12/29/17   Page 2 of 13   Page ID #:37

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: LX07VE18LX0002 | Date and time warrant executed: January 3, 2018 at app. 6:00 a.m. | Copy of warrant and inventory left with: Primary Resident: Holland Rhodes |
| Inventory made in the presence of: Special Agent Gustavo Rios, Jr. | | |

Inventory of the property taken and name of any person(s) seized:
[Please provide a description that would be sufficient to demonstrate that the items seized fall within the items authorized to be seized pursuant to the warrant (e.g., type of documents, as opposed to "miscellaneous documents") as well as the approximate volume of any documents seized (e.g., number of boxes). If reference is made to an attached description of property, specify the number of pages to the attachment and any case number appearing thereon.]

See attached inventory.

Certification (by officer present during the execution of the warrant)

I declare under penalty of perjury that I am an officer who executed this warrant and that this inventory is correct and was returned along with the original warrant to the designated judge through a filing with the Clerk's Office.

Date: January 3, 2018

_Executing officer's signature_

Nicholas A. DeSimone, HSI Special Agent
_Printed name and title_

### S<span>earch</span> W<span>arrant</span> I<span>nventory</span> – 1640 S<span>anta</span> A<span>na</span> A<span>venue</span>

A total of 22 line items were seized from the residence. See below for details:

1. UPS Shipping Label, (1)
2. Scales, (3)
3. LG Tablet, IMEI No. 3562B6-07-411593-7
4. Dell Laptop, Unable to Obtain Serial No.
5. USB Thumb Drives, (8)
6. SD Memory Cards, (4)
7. Apple MacBook Pro, Serial no. C02TN05KHVZN
8. NuVision Tablet, Model No. TM800W610L
9. Black LG G6 Cell Phone, Unable to Obtain Serial No.
10. Seagate Desktop 1000 GB External Hard Drive, Serial No. W4Y1FF39
11. NuVision Laptop, Model No. TM101W535L
12. Yellow Amazon Tablet, Model No. SX034QT
13. Seagate Backup Plus Portable Hard Drive, Serial No. NA53C4DO
14. Kingwin Superspeed USB 3.0 External Hard Drive, (1)
15. Silver Plastic Bag, (1
16. Toshiba External Hard Drive, Serial No. Z3JATFZ1TYP3
17. Seagate Fast HDD External Portable Hard Drive, Serial No. NA7F0K94
18. SEAGATE Backup Plus for Mac External Hard Drive, Serial No. NA8TM781
19. iMac Desktop Computer, Serial No. C02P10DCFY11